IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROSIE K. BLAKEMORE )
)
v. ) NO. 3-11-1128
) JUDGE CAMPBELL
CORIZON, INC. )

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 17). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and Plaintiff's claims are DISMISSED.

Any other pending Motions are denied as moot, and the Clerk is directed to close the file. The jury trial set for January 22, 2013, and the pretrial conference set for January 14, 2013, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE